UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                Plaintiffs,

v.

UNITED WELLNESS CENTERS, INC.;
WCIS MEDIA, LLC; GREATER
MICHIGAN PROFESSIONAL SERVICES
LLC d/b/a MI PRO CONSULTANTS;
VINCENT L. CELENTANO; and JOSEPH
F. DESANTO,

                Defendants.

C.A. 18-cv-11277-LJM-DRG

## **DEFAULT JUDGMENT**

This matter comes before the Court on Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company's (collectively, "Allstate's") Second Amended Motion for Entry of Default Judgment Against defendants United Wellness Centers, Inc., WCIS Media, LLC, Greater Michigan Professional Services LLC d/b/a MI Pro Consultants, Vincent L. Celentano, and Joseph F. DeSanto (collectively, the "defendants"). The Court having reviewed Allstate's Second Amended Motion and determined that Default Judgment should be entered in favor of Allstate and against the defendants

jointly and severally for the reasons set forth in that motion, and the Court being otherwise fully advised in the premises;

**NOW THEREFORE**, it is hereby ORDERED and ADJUDGED as follows:

1. Allstate's Second Amended Motion for Entry of Default Judgment is granted in its entirety;

2. Pursuant to Fed. R. Civ. P. 55(b)(2), Default Judgment is hereby entered in favor of Allstate and against the defendants, jointly and severally, in the amount of $291,750.00, plus costs, pre and post-judgment interest, and attorney's fees, pursuant to the terms of the Settlement Agreement and Agreed Judgment entered into by Allstate, on the one hand, and the defendants, on the other hand, in Case No. 13-cv-15108-LVP-EAS;

3. The amount of $291,750.00 shall be filled in on Paragraph 2 of the Agreed Judgment;

4. The Agreed Judgment is hereby executed by the Court and will issue separately;

5. This Default Judgment and the Agreed Judgment constitute final judgments against the defendants pursuant to Fed. R. Civ. P. 54; and

6. The Court retains jurisdiction to enforce this Default Judgment and the Agreed Judgment.

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE

Date: November 27, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, November 27, 2018, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz

Case Manager